IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM MAGALLANEZ,                    )
                                       )   2:11-cv-03466-GEB-EFB
                    Plaintiff,         )
                                       )
          v.                           )   ORDER OF DISMISSAL
                                       )
ENGINEERS AND SCIENTISTS OF            )
CALIFORNIA, LOCAL 20-                  )
INTERNATIONAL FEDERATION OF            )
PROFESSIONAL AND TECHNICAL             )
ENGINEERS; KAISER PERMANENTE;          )
THE PERMANENTE MEDICAL GROUP,          )
INC., a California corporation;        )
and DOES 1-50, inclusive,             )
                                       )
                    Defendants.        )
_____ )

          Plaintiff was required to respond to an Order filed March 29,
2012, by either filing proof that each defendant was served with process
or a document showing good cause for Plaintiff's failure to serve
defendants within the 120-day period prescribed in Federal Rule of Civil
Procedure 4(m). (ECF No. 5, 2:6-12.) This filing was due no later than
April 30, 2012. Id.  The March 29, 2012 Order warned Plaintiff that
failure to make the required showing by the deadline would result in the
unserved defendant(s) being dismissed from this action.

          Plaintiff filed Proofs of Service of Summons for Defendants
Engineers and Scientists of California, Local 20 and The Permanente
Medical Group on April 9, 2012. (ECF Nos. 6-7.) Further, Plaintiff filed
a response to the March 29, 2012 Order on April 12, 2012, in which he
stated:

1    Although both KAISER PERMANENTE and THE PERMANENT
     MEDICAL GROUP, a California Corporation, were both
2    named as defendants in this action, the parties
     have been informed that the actual employer for
3    Plaintiff is THE PERMANENTE MEDICAL GROUP, a
     California corporation. Therefore, Plaintiff will
4    be shortly filing a voluntary dismissal of
     defendant KAISER PERMANENTE.

5

6   (ECF No. 8, 2:18-27.) However, Plaintiff has neither filed a voluntary

7   dismissal as indicated, nor filed a further explanation regarding the

8   status of service on Defendant Kaiser Permanente. Therefore, Defendant

9   Kaiser Permanente is dismissed from this action without prejudice.

10          IT IS SO ORDERED.

11  Dated:  May 8, 2012

12

13  _____
    GARLAND E. BURRELL, JR.
14  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28