IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MAGALLANEZ, ) | |
| ) | 2:11-cv-03466-GEB-EFB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| ENGINEERS AND SCIENTISTS OF ) CALIFORNIA, LOCAL 20- ) INTERNATIONAL FEDERATION OF ) PROFESSIONAL AND TECHNICAL ) ENGINEERS; KAISER PERMANENTE; ) THE PERMANENTE MEDICAL GROUP, ) INC., a California corporation; ) and DOES 1-50, inclusive, ) ) | |
| Defendants. ) _____ ) | |

        Plaintiff was required to respond to an Order filed March 29, 2012, by either filing proof that each defendant was served with process or a document showing good cause for Plaintiff's failure to serve defendants within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 5, 2:6-12.) This filing was due no later than April 30, 2012. Id. The March 29, 2012 Order warned Plaintiff that failure to make the required showing by the deadline would result in the unserved defendant(s) being dismissed from this action.

        Plaintiff filed Proofs of Service of Summons for Defendants Engineers and Scientists of California, Local 20 and The Permanente Medical Group on April 9, 2012. (ECF Nos. 6-7.) Further, Plaintiff filed a response to the March 29, 2012 Order on April 12, 2012, in which he stated:

          Although both KAISER PERMANENTE and THE PERMANENT MEDICAL GROUP, a California Corporation, were both named as defendants in this action, the parties have been informed that the actual employer for Plaintiff is THE PERMANENTE MEDICAL GROUP, a California corporation. Therefore, Plaintiff will be shortly filing a voluntary dismissal of defendant KAISER PERMANENTE.

(ECF No. 8, 2:18-27.) However, Plaintiff has neither filed a voluntary dismissal as indicated, nor filed a further explanation regarding the status of service on Defendant Kaiser Permanente. Therefore, Defendant Kaiser Permanente is dismissed from this action without prejudice.

      IT IS SO ORDERED.

Dated:  May 8, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge