IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM MAGALLANEZ,  )
                                )   2:11-cv-03466-GEB-EFB
        Plaintiff,  )
                                )
     v.  )   <u>ORDER AMENDING THE STATUS</u>
                                )   <u>(PRETRIAL SCHEDULING) ORDER</u>
ENGINEERS AND SCIENTISTS OF  )
CALIFORNIA, LOCAL 20-  )
INTERNATIONAL FEDERATION OF  )
PROFESSIONAL AND TECHNICAL  )
ENGINEERS; and THE PERMANENTE  )
MEDICAL GROUP, INC., a  )
California corporation,  )
                                )
        Defendants.  )
_____)

Pursuant to the parties' stipulation and proposed order filed on January 11, 2013, (ECF No. 38), the May 9, 2012 Status (Pretrial Scheduling) Order is amended as follows:

All discovery shall be completed by June 30, 2013; the last hearing date for motions shall be September 23, 2013, commencing at 9:00 a.m.; the final pretrial conference is set for November 18, 2013, at 2:30 p.m. in courtroom 10; and trial commences at 9:00 a.m. on February 25, 2014, in courtroom 10.

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge