IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MAGALLANEZ, </br></br> Plaintiff, </br></br> v. </br></br> ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20- INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS; and THE PERMANENTE MEDICAL GROUP, INC., a California corporation, </br></br> Defendants. | 2:11-cv-03466-GEB-EFB </br></br></br></br> <u>ORDER</u> |

In light of the nature of Plaintiff's attorneys' unopposed application for an order authorizing their withdrawal as his counsel in this lawsuit, Plaintiff's attorneys' application is granted, and the law firm of Arata, Swingle, Sodhi & Van Egmond is no longer Plaintiff's counsel. Future service on Plaintiff shall be as follows:

      Abraham Magallanez
      10833 Pleasant Valley Circle
      Stockton, CA 95209
      (209) 470-7007

///

///

1

Further, since Plaintiff is now proceeding in *pro per,* this case is referred to the assigned magistrate judge under Local Rule 302(c)(21).

Dated: June 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge