IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ABRAHAM MAGALLANEZ,              )
                                 )    2:11-cv-03466-GEB-EFB
          Plaintiff,             )
                                 )
     v.                          )    ORDER
                                 )
ENGINEERS AND SCIENTISTS OF      )
CALIFORNIA, LOCAL 20-            )
INTERNATIONAL FEDERATION OF      )
PROFESSIONAL AND TECHNICAL       )
ENGINEERS; and THE PERMANENTE    )
MEDICAL GROUP, INC., a           )
California corporation,          )
                                 )
          Defendants.            )
_____)
```

In light of the nature of Plaintiff's attorneys' unopposed application for an order authorizing their withdrawal as his counsel in this lawsuit, Plaintiff's attorneys' application is granted, and the law firm of Arata, Swingle, Sodhi & Van Egmond is no longer Plaintiff's counsel. Future service on Plaintiff shall be as follows:

      Abraham Magallanez
      10833 Pleasant Valley Circle
      Stockton, CA 95209
      (209) 470-7007

///

///

1

1  Further, since Plaintiff is now proceeding in *pro per*, this
2 case is referred to the assigned magistrate judge under Local Rule
3 302(c)(21).

Dated: June 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2