IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MAGALLANEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20- INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS; and THE PERMANENTE MEDICAL GROUP, INC.,<br><br>            Defendants.<br>_____ / | No. 2:11-cv-3466-GEB-EFB PS<br><br><br><br><br><br><br><br><br><br><br><br>ORDER |

This case, in which plaintiff is now proceeding *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* Dckt. No. 54; 28 U.S.C. § 636(b)(1). On June 10, 2013, then-counsel for plaintiff filed an ex parte application to shorten time to file a motion to withdraw as counsel and a motion to modify the scheduling order, seeking a six month extension of all unexpired deadlines therein so that plaintiff could have time to seek alternate counsel or to adequately prepare and proceed with this case without counsel. Dckt. No. 53.

On June 12, 2013, the assigned district judge issued an order granting plaintiff's counsel's motion to withdraw as counsel and referring the case to the undersigned. Dckt. No.

1

54. In light of that order and the fact that plaintiff is now proceeding *in propria persona*, the undersigned finds that plaintiff's request for a six month extension of the unexpired deadlines in the pretrial scheduling order is supported by good cause. Therefore, that request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to modify the pretrial scheduling order, Dckt. No. 53, is granted.

2. The May 9, 2012 status (pretrial scheduling) order, which was previously modified on January 23, 2013, is further modified as follows:

   a. The discovery completion deadline is continued from June 30, 2013 to December 20, 2013.[1] Motions to compel discovery must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard not later than November 20, 2013.

   b. The deadline for hearings on any non-discovery law and motion matters is continued from September 23, 2013 to March 19, 2014.

   c. The final pretrial conference is continued from November 18, 2013 to May 12, 2014 at 11:00 a.m. in Courtroom No. 10 before Judge Garland E. Burrell, Jr.

   d. The February 25, 2014 trial commencement date is continued to August 12, 2014 at 9:00 a.m. in Courtroom No. 10 before Judge Garland E. Burrell, Jr.

3. All other dates and deadlines set forth in the status (pretrial scheduling) order shall remain the same.

SO ORDERED.

DATED: June 17, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] As provided in the status (pretrial scheduling) order, Dckt. No. 14, the word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with, or alternatively, the time allowed for such compliance shall have expired.

2